IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HAMILTON, | No. C 13-00393 YGR (PR) |
|     Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| RICK HILL, Warden, | |
|     Respondent. | |

Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus in which he challenges the execution of his sentence. He seeks leave to proceed *in forma pauperis* (IFP).

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at Folsom State Prison, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Because Petitioner challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-

1  3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District
2  Court for the Eastern District of California.
3  All remaining motions are TERMINATED on this Court's docket as no longer pending in
4  this district.
5  IT IS SO ORDERED.
6  DATED: February 19, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

*United States District Court*
*For the Northern District of California*

G:\PRO-SE\YGR\HC.13\Hamilton0393.transfer.wpd      2